UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| Q-Ray Company | § | Case No. 07-3228 ERW |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        Clerk of the U. S. Bankruptcy Court
        219 South Dearborn
        Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 03/01/11 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/01/2011          By: CLERK OF THE U.S. BANKRUPTCY COURT

CATHERINE STEEGE
353 N. Clark Street
CHICAGO, IL 60654-3456

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
Q-Ray Company                       §     Case No. 07-3228 ERW
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,064.68 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 1,064.68 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: CATHERINE STEEGE | $ 266.17 | $ 0.00 | $ 266.17 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 234.00 | $ 0.00 | $ 234.00 |
| Accountant for Trustee Expenses: Alan D. Lasko | $ 9.00 | $ 0.00 | $ 9.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 509.17 |
| Remaining Balance | $ 555.51 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,183,042.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Federal Trade Commission | $ 23,183,042.05 | $ 0.00 | $ 555.51 |
| | Total to be paid to timely general unsecured creditors | | $ | 555.51 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mcamacho              Page 1 of 1              Date Rcvd: Feb 03, 2011
Case: 07-03228                Form ID: pdf006             Total Noticed: 8

The following entities were noticed by first class mail on Feb 05, 2011.
db          +Q-RAY COMPANY,    500 West Algonquin Road,    Mount Prospect, IL 60056-6210
aty          Chad J Husnick,    Kirkland & Ellis LLP,    300 North LaSalle Street,    Chicago, Il  60654
aty         +Defrees & Fiske LLC,    200 S Michigan Ave,    11th Floor,    Chicago, IL 60604-2402
aty          Jenner & Block LLP,    Chicago, IL  60611
aty         +L. Judson Todhunter,    Howard & Howard Attorneys PLLC,    200 S Michigan Ave,
              Chicago, IL 60604-2402
tr          +Catherine L. Steege, ESQ,    Jenner & Block,    353 N. Clark Street,    Chicago, IL 60654-5474
11203888    +Federal Trade Commission,    c/o Michael Mora,    600 Pennsylvania Ave NW NJ 32,
              Washington, DC 20580-0002
13540669     Ungaretti & Harris LLP,    c/o R. Scott Alsterda,    3500 Three First National Plaza,
              Chicago, IL 60602,    312/977-9203

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Kirkland & Ellis LLP
aty*        +Catherine L Steege, ESQ,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
                                                                                         TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 05, 2011**          **Signature:** _Joseph Speetjens_