UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Q-Ray Company | § | Case No. 07-3228 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ |  | $ | $ |

    4) This case was originally filed under chapter  on  , and it was converted to chapter 7 on . The case was pending for  months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/CATHERINE STEEGE _____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | FEDERAL TRADE COMMISSION | | | | | |
| 000002 | UNGARETTI & HARRIS LLP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-3228 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | Q-Ray Company | | | Date Filed (f) or Converted (c): | 02/23/07 (f) |
| | | | | 341(a) Meeting Date: | 11/20/08 |
| For Period Ending: | 05/03/11 | | | Claims Bar Date: | 02/18/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. CASH | 200.00 | 200.00 | | 200.00 | FA | 0.00 | 0.00 |
| 2. Due from Related Entities QT, Inc. | 48,237.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. Tax Refunds (u) | 844.09 | 844.09 | | 844.09 | FA | 0.00 | 0.00 |
| 4. Bank Account - Foster Bank (u) | 0.00 | 20.00 | | 20.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.63 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $49,281.09 | $1,064.09 | | $1,064.72 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/11   Current Projected Date of Final Report (TFR): 06/15/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-3228 -ERW | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | Q-Ray Company | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5579 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7999 | | |
| For Period Ending: | 05/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/08 | 1 | Catherine Steege, Trustee for Q-Ray Inc. | $200 cash received by C. Steege from Q-Ray petty cash account. | 1121-000 | 200.00 | | 200.00 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 0.01 | | 200.01 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 0.05 | | 200.06 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.05 | | 200.11 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.04 | | 200.15 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.02 | | 200.17 |
| 06/24/08 | 4 | Foster Bank | Closed bank account | 1229-000 | 20.00 | | 220.17 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 220.20 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 220.23 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 220.26 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 220.29 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.02 | | 220.31 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.02 | | 220.33 |

Page Subtotals       220.33       0.00

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 07-3228 -ERW | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | Q-Ray Company | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5579 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7999 | | | |
| For Period Ending: | 05/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 220.34 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 220.35 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 220.36 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 220.37 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 220.38 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 220.39 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 220.40 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 220.41 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 220.42 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 220.43 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 220.44 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 220.45 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 220.46 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 220.47 |

Page Subtotals      0.14      0.00

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 07-3228 -ERW | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | Q-Ray Company | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5579 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7999 | | | |
| For Period Ending: | 05/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 220.48 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 220.49 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 220.50 |
| 09/02/10 | 3 | Daniel W. Hynes, Comptroller<br>State of Illinois Income Tax Refund | State Income Tax Refund | 1224-000 | 49.00 | | 269.50 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 269.51 |
| 10/11/10 | 3 | United States Treasury<br>Austin, TX | Tax Refund | 1224-000 | 795.09 | | 1,064.60 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 1,064.62 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,064.65 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,064.68 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,064.71 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,064.72 |
| 03/03/11 | | Transfer to Acct #*******3750 | Final Posting Transfer | 9999-000 | | 1,064.72 | 0.00 |

Page Subtotals     844.25     1,064.72

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-3228 -ERW | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | Q-Ray Company | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5579 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7999 | | | |
| For Period Ending: | 05/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 1,064.72 | 1,064.72 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 1,064.72 | |
| | | | Subtotal | | 1,064.72 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,064.72 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-3228 -ERW | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | Q-Ray Company | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3750 BofA - Checking Account |
| Taxpayer ID No: | *******7999 | | | |
| For Period Ending: | 05/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/03/11 | | Transfer from Acct #*******5579 | Transfer In From MMA Account | 9999-000 | 1,064.72 | | 1,064.72 |
| 03/03/11 | 003001 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant for Trustee Fees (Other | 3410-000 | | 234.00 | 830.72 |
| 03/03/11 | 003002 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant for Trustee Expenses (Ot | 3420-000 | | 9.00 | 821.72 |
| 03/03/11 | 003003 | CATHERINE STEEGE<br>JENNER & BLOCK<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Chapter 7 Compensation/Fees | 2100-000 | | 266.17 | 555.55 |
| * 03/03/11 | 003004 | Federal Trade Commission<br>c/o Michael Mora<br>600 Pennsylvania Ave NW NJ 32<br>Washington, DC 20580 | FINAL DISTRIBUTION - Claim 000001,<br>Payment 0.00%<br>(1-2) Modified 1/13/2010 to correct creditor. | 7100-004 | | 555.55 | 0.00 |
| * 03/09/11 | 003004 | Federal Trade Commission<br>c/o Michael Mora<br>600 Pennsylvania Ave NW NJ 32 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -555.55 | 555.55 |

Page Subtotals     1,064.72     509.17

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-3228 -ERW | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | Q-Ray Company | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3750 BofA - Checking Account |
| Taxpayer ID No: | *******7999 | | |
| For Period Ending: | 05/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Washington, DC 20580 | | | | | |
| 03/16/11 | | FEDERAL TRADE COMMISSION<br>C/O MICHAEL MORA<br>600 PENNSYLVANIA AVE NW NJ 32<br>WASHINGTON, DC 20580 | Final Disbursement | 7100-000 | | 555.55 | 0.00 |

```
                                        COLUMN TOTALS                    1,064.72        1,064.72            0.00
                                   Less:  Bank Transfers/CD's            1,064.72            0.00
                                        Subtotal                             0.00        1,064.72
                                   Less:  Payments to Debtors                                0.00
                                        Net                                  0.00        1,064.72

                                                                                          NET             ACCOUNT
                      TOTAL - ALL ACCOUNTS              NET DEPOSITS   DISBURSEMENTS      BALANCE
       Money Market Account (Interest Earn - ********5579   1,064.72         0.00            0.00
                BofA - Checking Account - ********3750          0.00      1,064.72            0.00
                                                       ---------------  ---------------  ---------------
                                                           1,064.72        1,064.72            0.00
                                                       ===============  ===============  ===============
                                                       (Excludes Account  (Excludes Payments  Total Funds
                                                         Transfers)        To Debtors)       On Hand
```

Page Subtotals    0.00    555.55

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)